**Order entered October 22, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00196-CR

### VINCENT BERNARD JENKINS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-16340-V**

## ORDER
Before Justices Bridges, Lang, and Evans

Pursuant to the Court's opinion of this date, we **DISMISS** the October 10, 2014 motion of Julie Woods to withdraw as counsel.

/s/    DAVID L. BRIDGES
        JUSTICE